■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KAREN M. M. BROWN, Appellant. TIMOTHY BROWN, Respondent. [649 NYS2d 789] —Order, Supreme Court, Bronx County (Luis Gonzalez, J.), entered February 3, 1995, which denied petitioner mother's application for a writ of habeas corpus compelling respondent father's production of the parties' children, unanimously affirmed, without costs.

We agree with the IAS Court that the Suffolk County order awarding respondent custody of the children was properly issued and in the best interests of the children. "It is elementary that a judgment directing custody and visitation, recently entered by one Judge, should not be disturbed by another Judge of co-ordinate jurisdiction in the absence of a change in circumstances." (*People ex rel. Smith v Kudler*, 71 AD2d 634.) We have considered petitioner's other contentions and find them to be without merit. Concur—Milonas, J. P., Kupferman, Ross, Williams and Tom, JJ.

■ WILLIAM L. WINTER, as Trustee of a Trust Created by LILY B. SHEFLAN, et al., Appellants, v MADELINE BERNSTEIN et al., Respondents. [649 NYS2d 791] —Order, Supreme Court, New York County (Edward Lehner, J.), entered August 21, 1995, which, *inter alia*, denied plaintiffs' motion to amend their complaint based on alleged newly discovered material evidence (CPLR 3025 [b]) and for partial summary judgment, unanimously affirmed, without costs.

We agree with the IAS Court that plaintiffs are merely "seeking to reargue" its earlier decision, which had been affirmed in relevant part by this Court (177 AD2d 452). Plaintiffs' evidence is not new and does not alter this Court's prior determination that plaintiffs are estopped from challenging the salary and dividend policies of this subchapter S corporation prior to 1989 as a result of "complete ratification and acquiescence" (*supra*, at 453). All questions with respect to the reasonableness of officers' salaries and dividend distribution after 1989 must be resolved at trial. Plaintiffs' remaining contentions are without merit. Concur—Milonas, J. P., Kupferman, Ross, Williams and Tom, JJ. [As amended by unpublished order entered Dec. 17, 1996.]